**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WALTER TAIEB,

Plaintiff

v.

UNIVERSAL MUSIC PUBLISHING, INC.,

Defendant

Case No.: 2:25-cv-02626-APG-BNW

**Order (1) Denying Plaintiff's Objection to Magistrate Judge Order, (2) Granting Plaintiff's Motions to File Surreplies, (3) Denying Defendant's Motion to Strike, and (4) Denying Plaintiff's Motion to Expedite**

[ECF Nos. 29, 32, 35, 39, 44]

Walter Taieb filed an objection (ECF No. 29) to Magistrate Judge Weksler's order (ECF No. 28) staying discovery until I rule on the pending motion to dismiss. After briefing on his objection was complete, Taieb filed a supplement to his objection and the pending motion to dismiss. ECF No. 31. That prompted Universal to file a motion to strike that supplement (ECF No. 32), which generated a response and a reply. Taieb then moved for leave to file a surreply to Universal's motion to strike (ECF No. 35), which, of course, resulted in an additional response and reply. Taieb then filed another motion for leave to file another surreply (ECF No. 44), which generated a response and reply. Taieb also requests an expedited decision on the pending motion to dismiss. ECF No. 39.

While I understand that this case is important to the parties, I must juggle hundreds of other motions and cases that are just as important to the parties in those cases. And many of those matters involve the liberty of criminal defendants and immigration detainees, not just money as is at issue in this case. The parties to this case should also be aware that filing several supplemental briefs and motions to strike each other's filings only delays my ability to address

the original motion to dismiss. I address motions as quickly as I reasonably can and in the order of importance I deem best. I will resolve the pending motion to dismiss in this case when my schedule permits.

I deny Universal's motion to strike (ECF No. 32) and grant Taieb's two motions to file a surreply (ECF Nos. 35, 44). However, at this stage I do not know how much weight I will give to the arguments raised in Taieb's various supplemental briefs to the extent they relate to the motion to dismiss.

Having reviewed the numerous voluminous papers, I find that Magistrate Judge Weksler's order is not clearly erroneous or contrary to law. LR IB 3-1(a). I therefore deny his objection.

I THEREFORE ORDER that Universal's motion to strike **(ECF No. 32)** and Taieb's motion to expedite **(ECF No. 39) are DENIED**.

I FURTHER ORDER that Taieb's two motions to file a surreply **(ECF Nos. 35, 44) are GRANTED**.

I FURTHER ORDER that Magistrate Judge Weksler's order **(ECF No. 28) is AFFIRMED and Taieb's objection (ECF No. 29) is DENIED.**

DATED this 24th day of August, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE