Colleen E. McCarty, Esq.
Nevada Bar No. 13186
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Tel: (702) 471-7000
Fax: (702) 471-7070
mccartyc@ballardspahr.com

Robert S. Gutierrez, Esq. *(Admitted Pro Hac Vice)*
BALLARD SPAHR LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067
Tel: (424) 204-4370
Fax: (424) 204-4350
gutierrezr@ballardspahr.com

*Attorneys for Defendant*
*Universal Music Publishing, Inc.*

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WALTER J. TAIEB, an individual,

Plaintiff,

vs.

UNIVERSAL MUSIC PUBLISHING, INC. d/b/a UNIVERSAL MUSIC PUBLISHING GROUP, a corporation,

Defendant.

Case No.: 2:25-cv-02626-APG-BNW

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT UNIVERSAL MUSIC PUBLISHING, INC. TO RESPOND TO FIRST AMENDED COMPLAINT**

**(First Request)**

Defendant Universal Music Publishing, Inc. ("UMP" or "Defendant"), by and through its attorneys of record, and Plaintiff Walter J. Taieb ("Taieb"), appearing *pro se*, stipulate as follows:

1. WHEREAS, On November 5, 2026, Plaintiff filed and served his First Amended Complaint ("FAC") (ECF 50).

2. WHEREAS, the current deadline for UMP to answer or otherwise respond is November 19, 2026.

3. WHEREAS, UMP's counsel represents that recent practice demands, including preparation for a recent evidentiary hearing, have rendered it difficult to respond to the FAC

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

within the normal course and counsel requires additional time to thoroughly and properly respond to the FAC given its significant length and breadth.

4. WHEREAS, the Parties have mutually agreed to a brief extension of time to answer or otherwise respond to the FAC to **November 25, 2026**.

5. WHEREAS, UMP has not previously requested an extension of time to respond to the FAC and affirms that this request is made in good faith and will not prejudice the parties to this action.

DATED: November 17, 2026

**BALLARD SPAHR LLP**

By: */s/ Colleen E. McCarty*
Colleen E. McCarty, Esq.
Nevada Bar No. 13186
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Tel: (702) 471-7000
mccartyc@ballardspahr.com

Robert S. Gutierrez, Esq. (Pro Hac Vice)
2029 Century Park East, Suite 1400
Los Angeles, CA 90067
Tel: (424) 204-4370
gutierrezr@ballardspahr.com
*Attorneys for Defendant*
*Universal Music Publishing, Inc*

By: */s/ Walter J. Taieb*
Walter J. Taieb
2000 Fashion Show Drive Unit 2022
Las Vegas, NV 89109
Tel: (702) 238-8428
waltertaieb@gmail.com
*Plaintiff Pro Se*

**ORDER**

Based upon the Parties' Stipulation, the Court finds as follows:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Stipulation is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the deadline for UMP to answer or otherwise respond to the First Amended Complaint shall be extended to November 25, 2026.

**IT IS SO ORDERED.**



UNITED STATES MAGISTRATE JUDGE

DATED: November 18, 2026